**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 06-cv-02037-RPM-BNB

TRUSTEES OF THE CARPENTERS' AND MILLWRIGHTS' HEALTH BENEFIT TRUST FUND,
TRUSTEES OF THE CENTENNIAL STATE CARPENTERS' PENSION TRUST FUND ANNUITY PLAN,
TRUSTEES OF THE CENTENNIAL STATE CARPENTERS' PENSION TRUST FUND,
TRUSTEES OF THE COLORADO CARPENTERS' AND MILLWRIGHTS' VACATION TRUST FUND, and
TRUSTEES OF THE COLORADO CARPENTERS' JOINT APPRENTICESHIP TRUST FUND,

Plaintiffs,

v.

BRUNSWICK BOWLING & BILLIARDS CORPORATION, a Delaware corporation,

Defendant.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

This matter comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice. The Court being fully advised in the premises, hereby ORDERS:

The Court hereby dismisses this matter with prejudice, subject to the limitations set forth in the Settlement Agreement, all parties to bear their own costs and attorneys' fees.

DATED this 17th day of January, 2007.

BY THE COURT:

s/Richard P. Matsch

_____

1